UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| JUDI MARIE PETERSEN, | ) | Civil No. 1:18-cv-00194-SAB |
| | ) | |
| Plaintiff, | ) | ORDER RE STIPULATION FOR |
| | ) | EXTENSION OF TIME FOR DEFENDANT |
| v. | ) | TO FILE RESPONSIVE BRIEF |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | (ECF No. 13) |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's responsive pleading shall be filed on or before December 5, 2018; and

2. Plaintiff's reply, if any, shall be filed on or before December 20, 2018.

IT IS SO ORDERED.

Dated: **November 5, 2018**

_____
UNITED STATES MAGISTRATE JUDGE

1