1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   JUDI MARIE PETERSEN,                    | Case No.  1:18-cv-00194-SAB

12              Plaintiff,                   | ORDER RE STIPULATION FOR
                                             | VOLUNTARY REMAND PURSUANT TO 42
13        v.                                 | U.S.C. § 405(g)

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
              Defendant.
16

17

18         On February 7, 2018, Plaintiff filed the present action seeking review of the

19   Commissioner's denial of an application for benefits.  (ECF No. 1.)  On December 5, 2018,

20   Defendant filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C.

21   § 405(g).  (ECF No. 15.)  Pursuant to the terms of the stipulation, upon remand to the agency, the

22   Appeals Council will remand this case to an Administrative Law Judge (ALJ) with instructions

23   to reconsider the opinion of examining physician Dr. Ekram Michiel.  The ALJ should then

24   reevaluate Plaintiff's residual functional capacity, and obtain additional vocational expert

25   testimony.

26   ///

27   ///

28   ///

                                             1

Accordingly, IT IS HEREBY ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand.

IT IS SO ORDERED.

Dated:  **December 6, 2018**  

UNITED STATES MAGISTRATE JUDGE