# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDI MARIE PETERSEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 1:18-cv-00194-SAB<br><br>ORDER RE STIPULATION TO AWARD ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(ECF No. 17) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that fees and expenses in the amount of three thousand eight hundred dollars ($3,800.00) as authorized by 28 U.S.C. § 2412(d) and costs in the amount of four hundred dollars ($400.00) as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: **February 6, 2019**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1